# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

WILLIAM T. MASON,                )
       Plaintiff,            )
vs.                              )    No. 3:06-CV-0047-K
                                 )    ECF
RUIZ PROTECTIVE SERVICES,        )
et al.,                          )
       Defendants.           )

## RECOMMENDATION REGARDING MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL

Plaintiff has filed a Notice of Appeal and a motion to proceed *in forma pauperis* on appeal in the above captioned case.

(**X**)    The motion for leave to proceed *in forma pauperis* on appeal should be GRANTED. *See* 28 U.S.C. § 1915.

(  )    The motion for leave to proceed *in forma pauperis* on appeal should be DENIED for the following reasons:

    (  )    The plaintiff is not a pauper.

    (  )    The plaintiff has not complied with the requirements of 28 U.S.C. § 1915(a)(1).

    (  )    Pursuant to 28 U.S.C. § 1915(a)(3), the Court should certify that the appeal is not taken in good faith.

**If the Court denies the motion to proceed *in forma pauperis* on appeal, plaintiff may challenge such denial by filing a separate motion to proceed *in forma pauperis* on appeal with the Clerk of Court, U.S. Court of Appeals for the Fifth Circuit, within thirty days after service of the notice required by Fed. R. App. P. 24(a)(4). *See* Fed. R. App. P. 24(a)(5).**

SIGNED this 29th day of July, 2008.


_____
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE